# United States Court of Appeals

## For the First Circuit

No. 02-9007

IN RE WILLIAM C. SHERIDAN,

WILLIAM C. SHERIDAN,

Defendant, Appellant,

v.

NANCY MICHELS,

Appellee.

ERRATA

The opinion of this court issued March 29, 2004, should be amended as follows:

On page 33:    line 6:  delete first two sentences in this paragraph which read:  "Accordingly, pending the entry of a final judgment by the district court, based upon the recommended findings of fact and conclusions of law entered by the bankruptcy court, Sheridan is reinstated to the bankruptcy court bar immediately. See supra note 9."

line 10:  delete "shall be" and replace with "is";

line 11:  delete "that" and replace with "which";

lines 15-16:  Delete "Sheridan is hereby reinstated to the bankruptcy court bar, and the..." and insert "The" before "case."